UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WGL HOLDINGS, INC., MICHAEL D. BARNES, GEORGE P. CLANCY, JR., JAMES W. DYKE, JR., LINDA GOODEN, JAMES F. LAFOND, DEBRA L. LEE, TERRY D. MCALLISTER, DALE ROSENTHAL, ALTAGAS LTD., and WRANGLER, INC.<br><br>*Defendants.* | Case No 1:17-cv-00560-RCL |

## VOLUNTARY DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

On March 28, 2017, Plaintiff Paul Parshall ("Plaintiff") filed the above-captioned putative class action (the "Action"). No Defendant has served an answer or a motion for summary judgment in the Action. No class has been certified in the Action.

Plaintiff Paul Parshall hereby **dismisses the Action with prejudice as to Plaintiff only**. All claims on behalf of the putative, uncertified class are dismissed without prejudice.

Plaintiff will bear his own fees and costs in connection with this Action.

Respectfully submitted this 11th day of May, 2017.

LEVI & KORSINSKY LLP

*/s/Elizabeth K. Tripodi*
Elizabeth K. Tripodi (#979154)
Donald J. Enright (MD#013551)
1101 30th Street NW
Suite 115

Washington, D.C. 20007
Telephone:  (202) 524-4290
Facsimile:  (202) 333-2121
Email:   denright@zlk.com
            etripodi@zlk.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long (to be admitted *pro hac vice*)
Gina M. Serra (to be admitted *pro hac vice*)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.:  (302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas (to be admitted *pro hac vice*)
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
Tel.:  (484) 324-6800